UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD CUPP,

        Plaintiff,

v.

TA FINTECH, INC.,

        Defendant.

Case No. 25-cv-07479-TSH

**ORDER TO SHOW CAUSE**

On November 17, 2025, the Court vacated the hearing on Plaintiff Ronald Cupp's pending motion for default judgment and directed him to file a supplemental declaration by December 1, 2025. ECF No. 13. Plaintiff has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Accordingly, the Court **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by December 24, 2025 and simultaneously file a supplemental brief in compliance with the Court's November 13 order.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: December 10, 2025

THOMAS S. HIXSON
United States Magistrate Judge