Alex Terepka (SBN 288243)
alex@wtlaw.com
WATSTEIN TEREPKA LLP
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Counsel for Defendant TA Fintech, Inc.*

Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California
707-318-9929
ronc2009@gmail.com
Plaintiff, *Pro Se*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP, | CASE NO: 3:25-cv-07479-TSH |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO STAY DISCOVERY AND PRELIMINARY DEADLINES** |
| vs. | |
| TA FINTECH, INC., | |
| Defendant. | **Judge: Thomas S. Hixson** |

Having considered the Joint Administrative Motion to Stay Rule 26, ADR, and Case Management Deadlines, and good cause appearing, the Court hereby ORDERS as follows:

1.      The motion is GRANTED.

2.      The parties' obligations to conduct a Rule 26(f) conference and exchange initial disclosures are STAYED pending the Court's ruling on Defendants' motion to dismiss.

3.      The deadline to file an ADR certification, any deadline to engage in the Court's ADR process, and any case-management deadlines that would otherwise arise before the Court rules on Defendants' motion to dismiss are STAYED.

4.      Within fourteen (14) days after the Court issues an order resolving Defendants'

motion to dismiss, the parties shall meet and confer and file a proposed schedule for Rule 26, ADR, and case-management deadlines.

IT IS SO ORDERED.


DATED:  March 24, 2026                By: _____
                                     Honorable Thomas S. Hixson
                                     United States Magistrate Judge

CASE NO. 3:25-cv-07479-TSH
ORDER GRANTING JOINT MOTION TO STAY